IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SEMICO GLIN,

      Appellant,

v.

KURTIS KEITH GLIN,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-0811

Opinion filed May 22, 2015.

An appeal from an order of the Circuit Court for Duval County.
W. Gregg McCaulie, Judge.

Semico Glin, pro se, Appellant.

No appearance for Appellee.

PER CURIAM.

      DISMISSED.  See Doran v. Doran, 57 So. 3d 933 (Fla. 1st DCA 2011) (dismissing appeal where order reserved jurisdiction over non-collateral issue of child support).  Cf. Dirienzo-Gluhareff v. Gluhareff, 865 So. 2d 7 (Fla. 1st DCA 2004) (affirming denial of post-dissolution motion to enforce temporary support obligation because issue was waived upon entry of final judgment).  This dismissal

is without prejudice to appellant timely seeking appeal once the temporary child support issue has been resolved.

THOMAS, MARSTILLER, and BILBREY, JJ., CONCUR.